UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$97,362.00 IN U.S. CURRENCY,<br><br>Defendant.<br><br>ROGELIO VASQUEZ and<br>VERONICA VASQUEZ,<br><br>Claimants. | NO. SACV 18-681 CJC (KSx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

Plaintiff and Claimants Rogelio Vasquez and Veronica Vasquez ("Claimants") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over the parties and the subject matter of this action.

1

2. The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. No other claims have been filed, and the time for filing claims has expired. All potential claimants to the defendant $97,362.00 in U.S. Currency ("defendant currency") other than Claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The government shall have judgment as to the entirety of the $97,362.00 in U.S. currency, and no other right, title or interest shall exist therein. The government shall dispose of the forfeited funds according to law.

4. The Court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

5. Each of the parties shall bear its own fees and costs in connection with the seizure and retention of the defendant currency.

DATED: January 9, 2019

_____
THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

     /s/ Steven R. Welk
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA